UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America                                       Civil No. 08-5176 (DWF/SRN)

          Plaintiff,

v.                                                             **ORDER FOR MONEY JUDGMENT**

Mary M. Moriarty,

          Defendant.

_____

Mary L. Trippler, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Mary M. Moriarty, *Pro Se*, Defendant.
_____

On April 14, 2009, the Court entered a Memorandum Order and Opinion, granting a motion for summary judgment and dismissal of the counterclaim brought by the United States of America (the "Government").  (Doc. No. 13.)  In accordance with that Memorandum Order and Opinion and based upon the Government's request for relief in its Complaint, the entry of a money judgment is now appropriate.  Therefore, **IT IS HEREBY ORDERED** that:

    1.    The Government is granted a money judgment against Mary M. Moriarty in the amount of $14,997.61 in principal, plus prejudgment interest to July 10, 2008, in the amount of $12,468.56, together with additional prejudgment interest, post-judgment interest, fees of $6.68, attorney fees and costs as allowed by law, and, pursuant to 28 U.S.C. § 2412, costs in the amount of $350.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 28, 2009          s/Donovan W. Frank
                                DONOVAN W. FRANK
                                Judge of United States District Court